# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ROMERO,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>STUART SHERMAN, Warden,<br><br>　　　　　　　　Respondent. | Case No. LACV 18-2987-ODW (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

　　Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

　　Accordingly, IT IS ORDERED THAT:

　　1.　　The Report and Recommendation is approved and accepted;

2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

3. The Clerk serve copies of this Order on the parties.

DATED: _March 30. 2020

*[signature]*

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE