**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS ROMERO,<br><br>                    Petitioner,<br><br>      v.<br><br>STUART SHERMAN, Warden,<br><br>                    Respondent. | Case No. LACV 18-2987-ODW (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _March 30, 2020        ____  _____

                                                HONORABLE OTIS D. WRIGHT, II
                                                UNITED STATES DISTRICT JUDGE